UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Lorri A Shulta and Brian L Shulta

Chapter 13

Case No: 22-20205-gmh

Debtors.

## MEDIATOR'S FINAL REPORT

Name of Debtor's Counsel: Richard A. Check

Name of Lender and Counsel: SRP 2012-4 LLC/Sottile and Barile/Jon J. Lieberman

Property Address: 5170 W. Behrendt St., Franklin, WI 53132

Last Four Digits of Account Number of Loan: 6310

Mediation Session Date (s): April 20, 2022

How long from the Date of Appointment of Mediator to Date of Final Report: 73 days

*The use of the Court's Mortgage Modification Mediation Program has resulted in the following (please check appropriate box below)*:

☑ Loan modification agreement has been reached.

☐ Lender will file: _____
☑ Debtor will file: Modified plan if appropriate

☐ No loan modification agreement has been reached during mediation.

☐ Debtor will file an amended plan within 14 days. **Debtor has been advised that failure to file a modified plan will result in a status conference with the Court at which the creditor may be granted relief from stay or the Chapter 13 case may be dismissed**

☐ Parties are continuing in direct negotiations outside of MMM.

☐ Parties are pursuing a short sale, surrender or deed in lieu of foreclosure.

☐ Other:

The filing of this *Mediator's Final Report* terminates the Mortgage Modification Mediation with respect to the loan identified above.

**Dated**: May 14, 2022

**Signature**: Scott J. Jurk, **Mediator**

PRINT